## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

MARCIA L. FLAGLER,

                **Plaintiff,**

-vs-                                  **Case No.  6:06-cv-262-Orl-22KRS**

BRIDGES OF AMERICA, INC.,

                **Defendant.**

_____

### ORDER

This cause is before the Court on Defendant Bridges of America's Motion for Summary Judgment (Doc. No. 34) filed on February 2, 2007.

The United States Magistrate Judge has submitted a Report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, including the objections filed by the Plaintiff (Doc. No. 54), and the Defendant's response thereto (Doc. No. 58), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed May 14, 2007 (Doc. No. 48) is **ADOPTED** and **CONFIRMED** and made a part of this Order. The Objections are **OVERRULED**.

2.      Defendant Bridges of America's Motion for Summary Judgment (Doc. No. 34) is **GRANTED**.

3.      The Clerk is directed to enter a Judgement providing that Plaintiff Marcia L.

Flagler take nothing on her claims, that the action be dismissed on the merits, and that the

Defendant Bridges of America, Inc. recover of the plaintiff its costs of action.

4.      Any pending motions are denied as moot.

5.      The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on June 6, 2007.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record